Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067
Telephone:  310.788.9900
Facsimile:   310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

David A. Gabianelli, Bar No. 158170
David.gabianelli@clydeco.us
Patrick R. Delahunty, Bar No. 257439
Patrick.delahunty@clydeco.us
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, CA 94105
Telephone:  415.365.9800
Facsimile:   415.365.9801

Attorneys for Defendants
LAPTOPS DISCOUNTERS INC. d/b/a
NOTEBOOK AVENUE and AFTAB AHMAD

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. 12-cv-3663-JFW (JPRx) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| LAPTOPS DISCOUNTERS INC., a California corporation doing business as NOTEBOOK AVENUE; and AFTAB AHMAD, an individual, | |
| Defendants. | |

1    Based upon the Stipulation of Dismissal with Prejudice entered into by the

2  parties, Rule 41(a) of the Federal Rules of Civil Procedure, and all of the files,

3  records and proceedings herein,

4    **IT IS HEREBY ORDERED**:

5    That the above-entitled action is hereby dismissed with prejudice.  It is

6  further ordered that this Court shall retain jurisdiction to enforce the Stipulated

7  Permanent Injunction entered by this Court and the Settlement Agreement and

8  Release between Microsoft and Defendants.

9    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10  Dated this 10th day of January, 2013.

11

12  _____
   The Honorable John F. Walter
13   United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28