Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067
Telephone: 310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

David A. Gabianelli, Bar No. 158170
David.gabianelli@clydeco.us
Patrick R. Delahunty, Bar No. 257439
Patrick.delahunty@clydeco.us
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: 415.365.9800
Facsimile:  415.365.9801

Attorneys for Defendants
LAPTOPS DISCOUNTERS INC. d/b/a
NOTEBOOK AVENUE and AFTAB AHMAD

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAPTOPS DISCOUNTERS INC., a California corporation doing business as NOTEBOOK AVENUE; and AFTAB AHMAD, an individual,<br><br>Defendants. | Case No. 12-cv-3663-JFW (JPRx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

41826-5600.0025/LEGAL25218736.1

1 | Based upon the Stipulation of Dismissal with Prejudice entered into by the
2 | parties, Rule 41(a) of the Federal Rules of Civil Procedure, and all of the files,
3 | records and proceedings herein,
4 | **IT IS HEREBY ORDERED**:
5 | That the above-entitled action is hereby dismissed with prejudice.  It is
6 | further ordered that this Court shall retain jurisdiction to enforce the Stipulated
7 | Permanent Injunction entered by this Court and the Settlement Agreement and
8 | Release between Microsoft and Defendants.
9 | **LET JUDGMENT BE ENTERED ACCORDINGLY.**
10 | Dated this 10th day of January, 2013.

_____
The Honorable John F. Walter
United States District Judge

41826-5600.0025/LEGAL25218736.1           -2-